SEALED



FILED

MAR 18 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
KEVIN P. ROONEY
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Sealed Complaint and Affidavit of Ryan Jensen

)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1: 1 4 MJ 0 0 0 5 0 SKO

**UNDER SEAL**

APPLICATION TO SEAL

The United States of America hereby applies to this Court for an order permitting it to file the Complaint and Affidavit of Ryan Jensen, and Attachment A, in the above-captioned proceeding (the "Complaint Papers") under seal until further order of the Court. In addition, it applies for this Application, Memorandum, the attached Declaration of Grant B. Rabenn, and the (proposed) Order to likewise be filed under seal.

///
///
///
///
///
///
///

1

MEMORANDUM OF LAW

In its application, the United States has asked this Court to seal the Complaint Papers. The Ninth Circuit has held that federal district courts have the inherent power to seal affidavits in appropriate circumstances, Offices of Lakeside Non-Ferrous Metals, Inc. v. United States, 679 F.2d 779 (9th Cir. 1982); United States v. Agosto, 600 F.2d 1256 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure of an affidavit would disclose facts which would interfere with an ongoing criminal investigation. Shea v. Gabriel, 520 F.2d 879 (1st Cir. 1979). In the present case, as is set forth in the attached Declaration of Grant B. Rabenn, disclosure of the Complaint Papers may disclose to possible defendants information that could lead to them concealing, destroying or damaging evidence prior to the execution of the search warrants or arrests, and may allow them to obstruct an ongoing investigation.

Further, because the investigation will be continuing during and after the planned arrests, the government requests that the Complaint Papers be sealed until further order of this Court. Further, disclosure of the Complaint Papers prior to arrests being executed may compromise the investigation and prosecution of the case. Accordingly, the government requests this Court to enter an order sealing the Complaint Papers, as well as this Application, Memorandum, and Declaration until further order of the court.

DATED: March 17, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

BY:/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant U.S. Attorney

///
///
///
///
///
///
///

## DECLARATION OF GRANT B. RABENN

I, Grant B. Rabenn, hereby declare and state as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California. I am the attorney assigned to work on the Complaint Papers in this case. I reviewed and approved as to form the Complaint Papers.

2. The government respectfully requests that this Court order the Complaint Papers in this case be kept secret and under seal until further order of this Court. This request is made so that the possible targets of the criminal activity may not conceal, damage or destroy such evidence prior to the execution of arrests and search warrants. Further, the government respectfully requests that the Complaint Papers be sealed after execution of planned arrests so that the possible targets of the criminal activity do not conceal, damage or destroy other evidence not found at search locations or on the person of the defendants, or attempt to intimidate or obstruct witnesses in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Fresno, California on March 17, 2014.

/s/ Grant B. Rabenn
GRANT B. RABENN