SEALED



BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
KEVIN P. ROONEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED
MAR 18 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 1:14 MJ 00050 SKO |
| Sealed Complaint and Affidavit or Ryan Jensen | **UNDER SEAL** |
| | SEALING ORDER |

The United States of America, having applied to this Court, for an Order permitting it to file the Sealed Complaint and Affidavit of Ryan Jensen, and Attachment A, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the Sealed Complaint and Affidavit of Ryan Jensen, and Attachment A, in the above-entitled proceedings, together with the Application to Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: March 17, 2014

Sheila K. Oberto
Hon. Sheila K. Oberto
U.S. MAGISTRATE JUDGE