BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-00050-SKO |
| Plaintiff, | MOTION TO PARTIALLY UNSEAL COMPLAINT |
| v. | |
| DERIK CARSON KUMAGAI, AND SAYKHAM SOMPHOUNE, A/K/A "OAT," | |
| Defendants. | |

The United States of America hereby applies to this Court for an order to partially unseal the Complaint in the above-referenced matter. The above-referenced defendants have been arrested and will make their initial appearances on March 19, 2014. Accordingly, the government requests that the Complaint be unsealed so that it can be provided to defendants and the public in this case. The government also requests that Attachment A remain sealed until further order of the Court because of the ongoing nature of the investigation and to prevent tampering with or intimidation of witnesses in this case.

///
///
///

1

Based on the foregoing, the United States respectfully requests that the Complaint be unsealed and made public record

Dated: March 18, 2014                          BENJAMIN B. WAGNER
                                                         United States Attorney

                                                         /s/ GRANT B. RABENN

                                                         GRANT B. RABENN
                                                         Assistant United States Attorney

## DECLARATION OF GRANT B. RABENN

I, Grant B. Rabenn, hereby declare and state as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California. I am the attorney assigned to work on the Complaint in the above-referenced matter.

2. The government respectfully requests that this Court order the Attachment A to the Complaint to be kept secret and under seal until further order of this Court. This request is made because this is an ongoing investigation and the safety and integrity of potential witnesses may be jeopardized by disclosure of Attachment A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Fresno, California on March 18, 2014.

                                                         /s/ Grant B. Rabenn

                                                         GRANT B. RABENN