BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DERIK CARSON KUMAGAI, AND<br>SAYKHAM SOMPHOUNE,<br>A/K/A "OAT,"<br><br>　　　　　Defendants. | CASE NO. 1:14-MJ-00050-SKO<br><br>ORDER TO PARTIALLY UNSEAL COMPLAINT |

　　　The Complaint in the above-referenced matter and the Attachment A was sealed by Order of this Court on March 17, 2014.

　　　IT IS HEREBY ORDERED that the Complaint be unsealed as to all defendants, and be made public record.

　　　IT IS FURTHER ORDERED that the Attachment A to the Complaint shall remain sealed pursuant to the Court's Order on March 17, 2014 until further order from this Court.

DATED: March 18, 2014

Hon. Barbara A. McAuliffe
U.S. Magistrate Judge

**FILED**
MAR 18 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

3