AO 458 (Rev. 10/95) Appearance



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### APPEARANCE

Case Number: 1:14MJ00050 SKO (001)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DERIK KUMAGAI
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: 3/19/14

Signature

E. MARSHALL HOPKINS
Print Name

76796
State Bar Number

1186 W. SHAW, SUITE 103
Address

FRESNO, CA. 93711
City / Zip Code

(559) 248-0900
Phone Number

EMHLAW@aol.com
E-Mail Address

☐ Appointed
☒ Retained