1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   KEVIN P. ROONEY
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                       IN THE UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00061-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER BETWEEN THE UNITED STATES AND DEFENDANT DERIK CARSON KUMAGAI |
| v. | |
| DERIK CARSON KUMAGAI, | |
| Defendant. | |

17
18                              **STIPULATION**
19
20      WHEREAS, the discovery in this case is voluminous and contains personal information
21 including but not limited to Social Security numbers, dates of birth, financial account numbers,
22 telephone numbers, residential addresses, and information regarding confidential informants ("Protected
23 Information"); and
24      WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the
25 unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court
26 proceedings in this matter;
27      The parties agree that entry of a stipulated protective order is appropriate.
28 ///

   STIPULATION AND ORDER                    1

THEREFORE, defendant, DERIK CARSON KUMAGAI, by and through his counsel of record E. Marshall Hodgkins, III ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view un-redacted documents in the presence of his attorney, defense investigators and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///

STIPULATION AND ORDER                    2

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated: April 1, 2014                                   BENJAMIN B. WAGNER
                                                       United States Attorney


                                                        /s/ Grant B. Rabenn
                                                       GRANT B. RABENN
                                                       Assistant United States Attorney

Dated: April 1, 2014                                    /s/ E. Marshall Hodgkins, III
                                                       E. Marshall Hodgkins, III
                                                       Counsel for Defendant Derik Carson Kumagai


**ORDER**

IT IS SO ORDERED.

Dated:   April 4, 2014

                                                       SENIOR DISTRICT JUDGE

STIPULATION AND ORDER                         3