BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00061-AWI-BAM |
|---|---|
| Plaintiff, | MOTION TO PARTIALLY UNSEAL SEARCH WARRANTS AND OTHER COURT ORDERS |
| v. | |
| DERIK CARSON KUMAGAI, AND SAYKHAM SOMPHOUNE, A/K/A "OAT," | |
| Defendants. | |

The United States of America hereby applies to this Court for an order to partially unseal the search warrants and other court orders (and related papers) filed as part of the above-captioned case (collectively, the "Warrant Papers," listed in Attachment 1, attached hereto and fully incorporated herein). The Warrant Papers were ordered sealed by United States Magistrate and District Court Judges in the Eastern District of California, Fresno Courthouse.

Counsel for both defendants in this case have entered into protective orders with the government. The Court has signed those protective orders. *See* Docket Numbers 25 through 32. The government requests that the Warrant Papers be partially unsealed as to the defendants in this case so that such documents can be provided to the defendants as part of the government's discovery obligations. Further, the government requests that the Warrant Papers remain sealed as to the public until further

1

order of the Court because of the ongoing nature of the investigation and to prevent tampering with or intimidation of witnesses in this case.

Based on the foregoing, the United States respectfully requests that the Warrant Papers be partially unsealed as so requested.

Dated: April 8, 2014
BENJAMIN B. WAGNER
United States Attorney

/s/ GRANT B. RABENN

GRANT B. RABENN
Assistant United States Attorney

DECLARATION OF GRANT B. RABENN

I, Grant B. Rabenn, hereby declare and state as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California. I am the attorney assigned to work on the Complaint in the above-referenced matter.

2. The government respectfully requests that this Court order the Warrant Papers to be kept secret and under seal as to the public until further order of this Court. This request is made because this is an ongoing investigation and the safety and integrity of potential witnesses may be jeopardized by the disclosure of such documents. .

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Fresno, California on April 8, 2014.


/s/ Grant B. Rabenn
GRANT B. RABENN

# US v. Derik KUMAGAI et al. – Attachment 1

1. September 27, 2012 Consensual Interception Order, signed by District Judge Anthony W. Ishii (1:12-SW-00281-AWI);

2. March 15, 2013 Search Warrant, signed by Magistrate Judge Michael J. Seng (1:13-SW-00063-MJS);

3. May 20, 2013 Pole Camera Order, signed by Magistrate Judge Barbara A. McAuliffe (1:13-SW-00125);

4. June 13, 2013 Tracking Warrant, signed by Magistrate Judge Sheila K. Oberto (1:13-SW-00150-SKO);

5. July 11, 2013 Ping Order, signed by Magistrate Judge Gary S. Austin (1:13-SW-00183-GSA);

6. July 19, 2013 Order Extending Tracking Warrant, signed by Magistrate Judge Barbara A. McAuliffe (1:13-SW-00150);

7. August 9, 2013 Pen Register Order, signed by Magistrate Judge Gary S. Austin (1:13-SW-00204);

8. August 21, 2013 Order Extending Tracking Warrant and Delaying Notification, signed by Magistrate Judge Gary S. Austin (1:13-SW-00150-SKO);

9. August 27, 2013 Pole Camera Order, signed by Magistrate Judge Gary S. Austin (1:13-SW-00234);

10. September 26, 2013 Pen Register Order, signed by Magistrate Judge Sheila K. Oberto (1:13-SW-00262-SKO);

11. October 9, 2013 Search Warrant, signed by Magistrate Judge Gary S. Austin (1:13-SW-000271-GSA);

12. October 10, 2013 Pole Camera Order, signed by Magistrate Judge Gary S. Austin (1:13-SW-000275-GSA);

13. November 4, 2013 Ping Order, signed by Magistrate Judge Gary S. Austin (1:13-SW-000291-GSA);

14. November 15, 2013 Order Extending Tracking Warrant and Delaying Notification, signed by Magistrate Judge Sheila K. Oberto (1:13-SW-00150-SKO);

15. November 22, 2013 Pen Register Order, signed by Magistrate Judge Gary S. Austin 1:13-SW-000299-GSA);

16. November 25, 2013 Pen Register Order, signed by Magistrate Judge Barbara A. McAuliffe (1:13-SW-000300-BAM);

17. November 26, 2013 Search Warrant, signed by Magistrate Judge Barbara A. McAuliffe (1:13-SW-00302-BAM);

18. December 23, 2013 Order Extending Ping Order and Delaying Notification, signed by Magistrate Judge Gary S. Austin (1:13-SW-000291-GSA);

19. January 8, 2014 Title III Wire Interception and Ping Orders, signed by District Judge Anthony W. Ishii (1:13-SW-00001-AWI);

20. January 22, 2014 Pen Register Order, signed by Magistrate Judge Sheila K. Oberto (1:14-SW-00005-SKO);

21. January 22, 2014 Pen Register Order, signed by Magistrate Judge Sheila K. Oberto (1:14-SW-00006-SKO);

22. January 22, 2014 First Ten Day Title III Report, sealing order signed by District Judge Anthony W. Ishii (1:13-SW-00001-AWI);

23. January 30, 2014 Search Warrant, signed by Magistrate Judge Sheila K. Oberto (1:14-SW-00012-SKO);

24. February 4, 2014 Second Ten Day Title III Report, sealing order signed by District Judge Anthony W. Ishii (1:13-SW-00001-AWI);

25. February 5, 2014 Order Delaying Notification of Tracking Warrant, signed by Magistrate Judge Barbara A. McAuliffe (1:13-SW-00150-SKO);

26. February 12, 2014 Third Ten Day Title III Report and Order Sealing Intercept Recordings, sealing order signed by District Judge Anthony W. Ishii (1:13-SW-00001-AWI);

# US v. Derik KUMAGAI et al. – Attachment 1

27. February 28, 2014 Search Warrant, signed by Magistrate Judge Gary S. Austin (1:14-SW-00030-GSA);

28. March 10, 2014 Ping Order and Delay of Notification of Prior Ping Order, signed by District Judge Anthony W. Ishii (1:14-SW-0001-AWI);

29. March 17, 2014 Search Warrants, signed by Magistrate Judge Oberto (1:14-SW-00047 BM);

30. March 18, 2014 Search Warrants, signed by Magistrate Judge McAuliffe (1:14-SW-00046 BAM).

1 BENJAMIN B. WAGNER
United States Attorney
2 GRANT B. RABENN
KEVIN P. ROONEY
3 Assistant United States Attorney
2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6
Attorneys for Plaintiff
7 United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00061-AWI-BAM |
| --- | --- |
| Plaintiff, | ORDER TO PARTIALLY UNSEAL SEARCH WARRANTS AND OTHER COURT ORDERS |
| v. | |
| DERIK CARSON KUMAGAI, AND SAYKHAM SOMPHOUNE, A/K/A "OAT," | |
| Defendants. | |

The Warrant Papers, defined in the Application and Attachment A, in the above-referenced matter were sealed by United States Magistrate and District Judges in the Eastern District of California, Fresno Courthouse.

IT IS HEREBY ORDERED that the Warrant Papers be partially unsealed as to the defendants for discovery purposes.

IT IS FURTHER ORDERED that the Warrant Papers shall remain sealed as to the public pursuant to the sealing orders for the Warrant Papers until further order from this Court.

DATED: This ___ day of April, 2013

_____
Hon. Anthony W. Ishii
U.S. District Judge

3