BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERIK CARSON KUMAGAI, AND SAYKHAM SOMPHOUNE,<br>A/K/A "OAT,"<br><br>Defendants. | CASE NO. 1:14-CR-00061-AWI-BAM<br><br>ORDER TO PARTIALLY UNSEAL SEARCH WARRANTS AND OTHER COURT ORDERS |

The Warrant Papers, defined in the Application and Attachment A, in the above-referenced matter were sealed by United States Magistrate and District Judges in the Eastern District of California, Fresno Courthouse.

IT IS HEREBY ORDERED that the Warrant Papers be partially unsealed as to the defendants for discovery purposes.

IT IS FURTHER ORDERED that the Warrant Papers shall remain sealed as to the public pursuant to the sealing orders for the Warrant Papers until further order from this Court.

IT IS SO ORDERED.

Dated:  April 9, 2014                   _____
                                         SENIOR  DISTRICT  JUDGE

3