PHILLIP A. TALBERT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Derik Carson Kumagai,<br><br>SSN: ***-**-4214<br><br>Defendant. | CASE NO. 1:14CR00061-AWI<br><br>**RELEASE OF LIEN FOR FINE/RESTITUTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    Release of the judgment lien obtained herein is hereby acknowledged, and you are requested to enter a Release of Lien for Fine/Restitution. A Notice of Lien for Fine/Restitution was entered by the Recorder of Fresno County, Document # 2015-0099463-00, on August 4, 2015. The Notice of Lien for Fine/Restitution is hereby acknowledged as released as to Defendant Derik Carson Kumagai.

DATED: 7 June 2017

PHILLIP A. TALBERT
United States Attorney

BY: /s/ Kurt A. Didier
KURT A. DIDIER
Assistant United States Attorney

RELEASE OF LIEN FOR FINE/RESTITUTION